OFFICE OF THE CITY ATTORNEY
JULIE M. KRIEGH, City Attorney State Bar No. 021175
200 West Washington, Suite 1300
Phoenix, Arizona 85003-1611
Telephone (602) 262-6761
law.civil.minute.entries@phoenix.gov

Casey Martin, Bar No. 031886
Benjamin J. Barr, Bar No. 040376
Assistant City Attorneys
*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gary Steiner, an individual,<br><br>　　　　Plaintiff,<br><br>v.<br><br>City of Phoenix, a governmental entity; Michael Jones, an individual; Lane White, an individual; Sergeant Lutz #09410, an individual, and John and Jane Does I-X,<br><br>　　　　Defendants. | Case No. _____<br><br>**NOTICE OF FILING OF REMOVAL**<br><br>*(Maricopa County Case No. CV2025-035518)* |

　　　　Defendant City of Phoenix ("Defendant"), by and through undersigned counsel, and pursuant to 28 U.S.C. §§ 1441(a) and 1446, and LRCiv 3.6, hereby notice the removal of the above referenced action, and in support of removal asserts the following:

　　　　1.　　　　Defendant is named as a defendant in this action, which was commenced in the Superior Court of the State of Arizona, in and for the County of Maricopa, on or about September 30, 2025, under the caption *Gary Steiner v. City of Phoenix, et al*. Copies of the Complaint and all other documents previously filed in this matter are attached as **Exhibit A**.

2. The first date upon which Defendant received a copy of the Complaint was December 22, 2025, when a copy was served on Defendant by process server.

3. Plaintiff Gary Steiner has asserted claims of violations of his Fourth and Fourteenth Amendment rights. Thus, this Court has original jurisdiction pursuant to 28 U.S.C. §1331 and the action is removable to this Court pursuant to 28 U.S.C. §1441.

4. This Notice of Filing of Removal is being filed within 30 days after service of the Complaint and is therefore timely under 28 U.S.C. § 1446(b).

5. A Notice of Filing of Removal has been filed in the Superior Court for the State of Arizona, in and for the County of Maricopa, on behalf of Defendant. A true and correct copy of the Notice is attached as **Exhibit B**.

6. A Civil Cover Sheet and Supplemental Cover Sheet are also attached.

WHEREFORE, Defendant respectfully requests that the above action now pending in the Superior Court for the State of Arizona, Maricopa County, be removed to United States District Court.

RESPECTFULLY SUBMITTED this 16th day of January, 2026.

JULIE M. KRIEGH, City Attorney

By  s/ *Casey W. Martin*
Casey W. Martin
Benjamin J. Barr
Assistant City Attorneys
*Attorneys for Defendants*

2

# CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing was sent by email to the following, who is a participant of the CM/ECF System:

Sean A. Woods
MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiff*

By: *s/ M. Elena Sandoval*
4923-5877-8503, v. 1

OFFICE OF THE CITY ATTORNEY
200 W. Washington Street, Suite 1300
Phoenix, Arizona 85003-1611
(602) 262-6761