**UNITED STATES DISTRICT COURT DISTRICT OF ARIZONA**

## Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

| | |
|---|---|
| **Plaintiff**(s):   Gary Steiner, | **Defendant**(s): City of Phoenix; Michael Jones, Police Officer; Sergeant Lutz, Police Sergeant; Lane White, Police Officer |
| County of Residence: Maricopa | County of Residence: Maricopa |
| County Where Claim For Relief Arose: Maricopa | |
| Plaintiff's Atty(s): | Defendant's Atty(s): |
| **Sean A. Woods, Attorney**<br>MILLS + WOODS LAW, PLLC<br>5055 North 12th Street, Suite 101<br>Phoenix, Arizona  85014<br>480-999-4556 | **Casey W. Martin, Assistant City Attorney**<br>Office of the Phoenix City Attorney<br>200 W. Washington Street, Suite 1300<br>Phoenix, Arizona  85003<br>602-262-6761 |
| **Robert T. Mills, Attorney**<br>MILLS + WOODS LAW, PLLC<br>5055 North 12th Street, Suite 101<br>Phoenix, Arizona  85014<br>480-999-4556 | **Benjamin J. Barr, Assistant City Attorney**<br>Office of the Phoenix City Attorney<br>200 W. Washington Street, Suite 1300<br>Phoenix, Arizona  85003<br>602-262-6761 |

**IFP REQUESTED**

**REMOVAL FROM Maricopa COUNTY, CASE #CV2025-035518**

| | |
|---|---|
| <u>II. Basis of Jurisdiction</u>: | 3. Federal Question (U.S. not a party) |
| <u>III. Citizenship of Principal Parties</u>**(Diversity Cases Only)** | |
| Plaintiff:- | N/A |
| Defendant:- | N/A |
| <u>IV. Origin</u> : | **2. Removed From State Court** |
| <u>V. Nature of Suit</u>: | **440- Other Civil Rights** |
| <u>VI.Cause of Action</u>: | **42 U.S.C. § 1983, 4th and 14th Amendment violations** |
| <u>VII. Requested in Complaint</u> | |
| Class Action: | No |
| Dollar Demand: | $250,000.00 |
| Jury Demand: | Yes |
| <u>VIII. This case</u> **is not related** to another case. | |

Signature: /s/ Casey W. Martin

Date: 1/16/2026

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.

Revised: 01/2014