**SUPPLEMENTAL CIVIL COVER SHEET**
**FOR CASES REMOVED FROM ANOTHER JURISDICTION**

This form must be attached to the Civil Cover Sheet at the time
the case is filed in the United States District Clerk's Office

Additional sheets may be used as necessary.

**1.   Style of the Case:**

Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code).

| Party | Party Type | Attorney(s) |
|---|---|---|
| Gary Steiner | Plaintiff | Robert T. Mills (Arizona Bar #018853)<br>Sean A. Woods (Arizona Bar #028930)<br>MILLS + Woods Law, PLLC<br>5055 North 12th Street, Suite 101 -<br>Phoenix, Arizona 85014<br>Telephone (480) 999-4556<br>docket@millsandwoods.com |
| City of Phoenix<br>Michael Jones<br>Sergeant Lutz | Defendants | Casey W. Martin, State Bar No. 031886<br>Benjamin J. Barr, State Bar No. 021175<br>OFFICE OF THE PHOENIX CITY ATTORNEY<br>200 West Washington, Suite 1300<br>Phoenix, Arizona 85003-1611<br>Telephone (602) 262-6761<br>law.civil.minute.entries@phoenix.gov |
| Lane White | Defendant | To be determined |

**2.   Jury Demand:**
Was a Jury Demand made in another jurisdiction?   Yes ●   No ○
If "Yes," by which party and on what date?
Plaintiff                                                                       09/30/2025

**3.   Answer:**
Was an Answer made in another jurisdiction?   Yes ○   No ●
If "Yes," by which party and on what date?

**4.   Served Parties:**

The following parties have been served at the time this case was removed:

| Party | Date Served | Method of Service |
|---|---|---|
| City of Phoenix | 12/22/2025 | Process Server |
| Sergeant Lutz | 12/22/2025 | Personal Service |
| Michael Jones | 12/22/2025 | Personal Service |

**5.   Unserved Parties:**

The following parties have not been served at the time this case was removed:

| Party | Reason Not Served |
|---|---|
| Lane White | Plaintiff was granted additional time for service per Superior Court Order Extending Time to Serve Defendant White with Process signed 01/05/26. |
| | |
| | |

**6.   Nonsuited, Dismissed or Terminated Parties:**

Please indicate changes from the style of the papers from another jurisdiction and the reason for the change:

| Party | Reason for Change |
|---|---|
| N/A | |
| | |
| | |

**7.   Claims of the Parties:**

The filing party submits the following summary of the remaining claims of each party in this litigation:

| Party | Claims |
|---|---|
| Plaintiff | All claims made in the initial complaint remain pending as no answer or litigation has taken place in the state court matter. |
| | |
| | |

**Pursuant to 28 USC § 1446(a) a copy of all process, pleadings, and orders served in another jurisdiction (State Court) shall be filed with this removal.**