IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gary Steiner,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Phoenix, City of, et al.,<br><br>　　　　Defendants. | CASE NO:<br>CV–26–00280–PHX–SHD (JZB)<br><br>**NOTICE OF ASSIGNMENT** |

　　On January 16, 2026, Plaintiff filed a Complaint which has been assigned the case number listed above. This case has been assigned to District Court Judge Sharad H Desai and has been referred to Magistrate Judge John Z Boyle (PS) and the Court's Legal Staff. When any action is taken in this case, you will be notified by Court order.

　　DATED this 16th day of January, 2026.

　　　　　　　　　　　　　　*s/Debra D. Lucas*
　　　　　　　　　　　　　　―――――――――――――――
　　　　　　　　　　　　　　Debra D. Lucas
　　　　　　　　　　　　　　District Court Executive & Clerk of Court

cc: Plaintiff