OFFICE OF THE CITY ATTORNEY
JULIE M. KRIEGH, City Attorney State Bar No. 021175
200 West Washington, Suite 1300
Phoenix, Arizona 85003-1611
Telephone (602) 262-6761
law.civil.minute.entries@phoenix.gov

Casey Martin Bar No. 031886
Benjamin J. Barr Bar No. 040376
Assistant City Attorney
*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gary Steiner, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>City of Phoenix, a governmental entity; Michael Jones, an individual; Lane White, an individual; Sergeant Lutz #09410, an individual, and John and Jane Does I-X,<br><br>    Defendants. | **Case No.** 2:26-cv-00280-SHD-JZB<br><br>**STIPULATED MOTION TO EXTEND TIME FOR DEFENDANTS TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT** |

   The Parties, by and through their undersigned counsel, stipulate to extend the time for Defendants to file a responsive pleading to Plaintiff's Complaint to February 9, 2026. Plaintiff filed a Complaint in Maricopa County Superior Court on September 30, 2025. (Doc. 1-1: 25-36). The City of Phoenix was served via process server on December 22, 2025. (Doc 1-1: 11). Sergeant Lutz was served via process server on December 22, 2025. (Doc. 1-1: 12). Officer Michael Jones was served via process server on December 26, 2025. (Doc. 1-1: 10). The City of Phoenix removed the case to District Court on January 16, 2026. (Doc. 1). Finally, Officer

1

Lane White was served via process server on January 20, 2025 (*Certificate of Service pending*). This stipulation is made in good faith and not for purposes of undue delay.

RESPECTFULLY SUBMITTED this 23rd day of January, 2026.

JULIE M. KRIEGH, City Attorney


By s/ *Casey W. Martin*
   Casey W. Martin
   Benjamin J. Barr
   Assistant City Attorney
   *Attorneys for Defendants*

MILLS + WOODS LAW, PLLC


By s/ *Sean A. Woods (with permission)*
   Sean A. Woods
   *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing was sent by email to the following, who is a participant of the CM/ECF System:

MILLS + WOODS LAW, PLLC
Sean A. Woods
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiff*

By: s/ *Tanika D. Sherman*

4908-8275-8538, v. 1

OFFICE OF THE CITY ATTORNEY
200 W. Washington Street, Suite 1300
Phoenix, Arizona 85003-1611
(602) 262-6761