Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Gary Steiner, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>City of Phoenix, a governmental entity; Michael Jones, an individual; Lane White, an individual; Sergeant Lutz #09410, an individual, and; John and Jane Does I-X,<br><br>Defendants. | No.: CV-26-00280-PHX-SHD (JZB)<br><br>**PLAINTIFF'S PROOF OF SERVICE OF DEFENDANT LANE WHITE**<br><br>(Assigned to the Honorable Sharad H. Desai and referred to the Honorable John Z Boyle) |

Through undersigned counsel and pursuant to Rule 4(l)(1) of the Federal Rules of Civil Procedure, Plaintiff Gary Steiner ("Plaintiff") hereby submits proof of service of Defendant Lane White in this action, in the form of the process server's Return of Service attached as "**Exhibit 1**" hereto.

**RESPECTFULLY SUBMITTED** this 24th day of January 2026.

                **MILLS + WOODS LAW, PLLC**

                By  */s/ Sean A. Woods*
                     Robert T. Mills
                     Sean A. Woods
                     5055 North 12th Street, Suite 101
                     Phoenix, AZ 85014
                     *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 24, 2026, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Casey Martin
Benjamin J. Barr
**OFFICE OF THE CITY ATTORNEY**
**JULIE M. KRIEGH, CITY ATTORNEY**
law.civil.minute.entries@phoenix.gov
200 W Washington, Ste. 1300
Phoenix, AZ 85003-1611
(602) 262-6761
*Attorneys for Defendants*

    /s/ Ben Dangerfield

2