# EXHIBIT 1

Col. John T's Process and Legal Support Services
7227 N. 16th St., #118
Phoenix, AZ 85020
(602) 230-1540

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

**Gary Steiner**

                          Plaintiff,

vs.

**City of Phoenix; Michael Jones; Lane White;
Sergeant Lutz #09410; et al**

                          Defendant.

Case Number: CV2025-035518

**RETURN OF SERVICE**

Received by COL. JOHN T's Process and Legal Support on the 19th day of December, 2025 at 1:58 pm to be served on **Lane White aka Officer Lane White #06356, 200 W. Washington, Lobby, Phoenix, AZ**.

I, Karla Viernes, do hereby affirm that on the **20th day of January, 2026 at 1:10 pm, I:**

served by delivering a true copy of the **Summons, Complaint, Certificate of Compulsory Arbitration, Order Extending Time to Serve Defendant White with Process to Lane White aka Officer Lane White #06356** at the address of: **200 W. Washington, Lobby, Phoenix, AZ,** and informed said person that I am an Officer of Superior Court and of the contents therein, in compliance with Arizona RCP and statutes, as amended.

**Service Fee Items:**

| | |
|---|---|
| Service Fee (Local) | $55.00 |
| Certificate Preparation | $10.00 |
| Total | $65.00 |

THE UNDERSIGNED is a Certified Process Server and a Registered Officer of Superior Court and, as such, is fully authorized to serve process under the laws of the state of Arizona. The undersigned stated this authorization to the party served and also stated the nature of the papers being served. I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

*Karla Viernes* (signature)

Karla Viernes
Pinal County PS202300003

**COL. JOHN T's Process and Legal Support**
**7227 N. 16th St., #118**
**Phoenix, AZ 85020**
**(602) 230-1540**

Our Job Serial Number: JTQ-2025000137

Copyright © 1992-2026 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a