OFFICE OF THE CITY ATTORNEY
200 W. Washington Street, Suite 1300
Phoenix, Arizona 85003-1611
(602) 262-6761

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gary Steiner, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>City of Phoenix, a governmental entity; Michael Jones, an individual; Lane White, an individual; Sergeant Lutz #09410, an individual, and John and Jane Does I-X,<br><br>    Defendants. | **Case No.** 2:26-cv-00280-SHD-JZB<br><br>**ORDER** |

The Court, having reviewed the parties' Stipulated Motion to Extend Time to File a Responsive Pleading to Plaintiff's Complaint (Doc. ___), and good cause appearing,

IT IS HEREBY ORDERED extending the deadline to February 23, 2026.

1