OFFICE OF THE CITY ATTORNEY
JULIE M. KRIEGH, City Attorney State Bar No. 021175
200 West Washington, Suite 1300
Phoenix, Arizona 85003-1611
Telephone (602) 262-6761
law.civil.minute.entries@phoenix.gov

Casey Martin Bar No. 031886
Benjamin J. Barr Bar No. 040376
Assistant City Attorney
*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gary Steiner, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>City of Phoenix, a governmental entity; Michael Jones, an individual; Lane White, an individual; Sergeant Lutz #09410, an individual, and John and Jane Does I-X,<br><br>    Defendants. | **Case No.** 2:26-cv-00280-SHD-JZB<br><br>**DEFENDANTS' UNOPPOSED MOTION FOR THIRD EXTENSION OF TIME FOR DEFENDANTS TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT** |

Defendants City of Phoenix, Michael Jones, Lane White, and Sergeant Lutz, by and through their undersigned counsel, move to extend the time for Defendants to file a responsive pleading to Plaintiff's Complaint to March 9, 2026. As required by LRCiv 7.3(b), Plaintiff's counsel does not oppose an additional extension. Defendants' counsel intends to meet and confer pursuant to LRCiv 12.1(c) before any Motion to Dismiss is filed. This stipulation is made in good faith and not for purposes of undue delay.

…

OFFICE OF THE CITY ATTORNEY
200 W. Washington Street, Suite 1300
Phoenix, Arizona 85003-1611
(602) 262-6761

RESPECTFULLY SUBMITTED this 23rd day of February, 2026.

JULIE M. KRIEGH, City Attorney

By  s/ *Casey W. Martin*
   Casey W. Martin
   Benjamin J. Barr
   Assistant City Attorney
   *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2026 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing was sent by email to the following, who is a participant of the CM/ECF System:

MILLS + WOODS LAW, PLLC
Sean A. Woods
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiff*

By:  s/    Casey W. Martin
4933-7124-5457, v. 1

2