1
2
3
4
5
6

**IN THE UNITED STATES DISTRICT COURT**

7

**FOR THE DISTRICT OF ARIZONA**

8

9   Gary Steiner, an individual,

10          Plaintiff,

11   v.

12   City of Phoenix, a governmental entity;
13   Michael Jones, an individual; Lane
     White, an individual; Sergeant Lutz
14   #09410, an individual, and John and
     Jane Does I-X,
15

16          Defendants.

17

**Case No.** 2:26-cv-00280-SHD-JZB

**ORDER**

18          The Court, having reviewed Defendants' Unopposed Motion for Third Extension of

19   Time for Defendants to File a Responsive Pleading to Plaintiff's Complaint (Doc. ___), and

20   good cause appearing,

21          IT IS HEREBY ORDERED extending the deadline to March 9, 2026.

22   4904-7042-5489, v. 1

23
24
25
26
27
28

OFFICE OF THE CITY ATTORNEY
200 W. Washington Street, Suite 1300
Phoenix, Arizona 85003-1611
(602) 262-6761