OFFICE OF THE CITY ATTORNEY
JULIE M. KRIEGH, City Attorney State Bar No. 021175
200 West Washington, Suite 1300
Phoenix, Arizona 85003-1611
Telephone (602) 262-6761
law.civil.minute.entries@phoenix.gov

Casey Martin Bar No. 031886
Benjamin J. Barr Bar No. 040376
Assistant City Attorney
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gary Steiner, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>City of Phoenix, a governmental entity; Michael Jones, an individual; Lane White, an individual; Sergeant Lutz #09410, an individual, and John and Jane Does I-X,<br><br>    Defendants. | **Case No.** 2:26-cv-00280-SHD-JZB<br><br>**DEFENDANTS' UNOPPOSED MOTION FOR FOURTH EXTENSION OF TIME FOR DEFENDANTS TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT** |

    Defendants City of Phoenix, Michael Jones, Lane White, and Sergeant Lutz, by and through their undersigned counsel, move to extend the time for Defendants to file a responsive pleading to Plaintiff's Complaint to March 23, 2026.  As required by LRCiv 7.3(b), Plaintiff's counsel does not oppose the extension.

    Pursuant to the Court's Preliminary Order, prior to filing a Rule 12(b)(6) motion to dismiss, the movant must confer with the opposing counsel to determine whether such a motion can be avoided.  (Doc. 3. p. 4-5.)  Defendants' counsel has notified the opposing

1

counsel of issues to be addressed in a Rule 12(b)(6) motion to dismiss pursuant to LRCiv 12.1(c). Additionally, counsel are tentatively scheduled to confer on March 13, 2026, to determine whether such motion can be avoided. This stipulation is made in good faith and not for purposes of undue delay.

RESPECTFULLY SUBMITTED this 9th day of March, 2026.

JULIE M. KRIEGH, City Attorney

By  s/ *Casey W. Martin*
    Casey W. Martin
    Benjamin J. Barr
    Assistant City Attorney
    *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 9, 2026 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing was sent by email to the following, who is a participant of the CM/ECF System:

MILLS + WOODS LAW, PLLC
Sean A. Woods
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiff*

By:  s/ *Tanika D. Sherman*
4933-7124-5457, v. 1