Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Gary Steiner, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> City of Phoenix, a governmental entity; Michael Jones, an individual; Lane White, an individual; Sergeant Lutz #09410, an individual, and; John and Jane Does I-X, <br><br> Defendants. | No.: CV-26-00280-PHX-SHD (JZB) <br><br> **STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION TO DISMISS** <br><br> (First Request) <br><br> (Assigned to the Honorable Sharad H. Desai and referred to the Honorable John Z. Boyle) |

Through undersigned counsel and pursuant to Rule 7.3 of the Local Rules of Civil Procedure, the parties hereby stipulate, agree, and respectfully move, for an extension of the time within which Plaintiff must file his Response to Defendants' Motion to Dismiss, ECF No. 10, until up to and including April 22, 2026. No previous extensions of this deadline have been granted or requested. All parties agree with the relief requested.

Good cause exists for such an extension. Plaintiffs' counsel has a four-week trial in another federal matter beginning at the end of April, preparations for which are consuming a large portion of his time. Moreover, he has a Response to a motion for summary judgment in still another federal matter that is due this Monday, April 13.

In light of the foregoing, and in accordance with the [Proposed] Order filed herewith, the parties hereby stipulate, agree, and jointly move, to allow Plaintiff until up to and including April 22, 2026 to file his Response to Defendants' Motion to Dismiss.

**RESPECTFULLY SUBMITTED** this 8th day of April 2026.

**MILLS + WOODS LAW, PLLC**

By    */s/ Sean A. Woods*
  Robert T. Mills
  Sean A. Woods
  5055 North 12th Street, Suite 101
  Phoenix, AZ 85014
  *Attorneys for Plaintiff*

**OFFICE OF THE CITY ATTORNEY**

By    */s/ Casey Martin (w/ permission)*
  Casey Martin
  Benjamin J. Barr
  200 W Washington, Ste. 1300
  Phoenix, AZ 85003-1611
  *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 8, 2026, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Casey Martin
casey.martin@phoenix.gov
maria.sandoval@phoenix.gov
Benjamin J. Barr
benjamin.barr@phoenix.gov
tanika.sherman@phoenix.gov
**OFFICE OF THE CITY ATTORNEY**
**JULIE M. KRIEGH, CITY ATTORNEY**
law.civil.minute.entries@phoenix.gov
200 W Washington, Ste. 1300
Phoenix, AZ 85003-1611
(602) 262-6761
*Attorneys for Defendants*


_____/s/ Ben Dangerfield_____

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix., AZ 85014
480.999.4556

3