MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014-2555
480.999.4556

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Gary Steiner, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>City of Phoenix, a governmental entity; Michael Jones, an individual; Lane White, an individual; Sergeant Lutz #09410, an individual, and; John and Jane Does I-X,<br><br>Defendants. | No.: CV-26-00280-PHX-SHD (JZB)<br><br>**[PROPOSED] ORDER EXTENDING TIME TO FILE RESPONSE TO MOTION TO DISMISS**<br><br>(Assigned to the Honorable Sharad H. Desai and referred to the Honorable John Z. Boyle) |

THE COURT, having reviewed the parties' "Stipulation for Extension of Time to File Response to Motion to Dismiss" (the "Stipulation"), and good cause appearing, therefore:

**IT IS ORDERED** granting the Stipulation.

**IT IS FURTHER ORDERED** that Plaintiff shall have until no later than April 22, 2026 to file his Response to Defendants' Motion to Dismiss.