Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Gary Steiner, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>City of Phoenix, a governmental entity; Michael Jones, an individual; Lane White, an individual; Sergeant Lutz #09410, an individual, and; John and Jane Does I-X,<br><br>Defendants. | No.: CV-26-00280-PHX-SHD (JZB)<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION TO DISMISS**<br><br>(Second Request)<br><br>(Assigned to the Honorable Sharad H. Desai and referred to the Honorable John Z. Boyle) |

Through undersigned counsel and pursuant to Rule 7.3 of the Local Rules of Civil Procedure, the parties hereby stipulate, agree, and respectfully move, for a second extension of the time within which Plaintiff must file his Response to Defendants' Motion to Dismiss, ECF No. 10, until up to and including May 4, 2026. One previous extension of this deadline was requested and granted. All parties agree with this request.

Good cause exists for such an extension. Plaintiffs' counsel has a four-week trial in another federal matter beginning next Tuesday, April 28, final preparations for which are consuming a large portion of his and his staff's time. Moreover, he also currently has a Response to another motion to dismiss in still another matter that is due this same day.

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014-2555
480.999.4556

In light of the foregoing, and in accordance with the [Proposed] Order filed herewith, the parties hereby stipulate, agree, and jointly move, to allow Plaintiff until up to and including May 4, 2026 to file his Response to Defendants' Motion to Dismiss.

**RESPECTFULLY SUBMITTED** this 22nd day of April 2026.

MILLS + WOODS LAW, PLLC

By___/s/ Sean A. Woods_____
    Robert T. Mills
    Sean A. Woods
    5055 North 12th Street, Suite 101
    Phoenix, AZ 85014
    *Attorneys for Plaintiff*

OFFICE OF THE CITY ATTORNEY

By___/s/ Casey Martin (w/ permission)___
    Casey Martin
    Benjamin J. Barr
    200 W Washington, Ste. 1300
    Phoenix, AZ 85003-1611
    *Attorneys for Defendants*

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

2

**CERTIFICATE OF SERVICE**

I hereby certify that on April 22, 2026, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Casey Martin
casey.martin@phoenix.gov
maria.sandoval@phoenix.gov
Benjamin J. Barr
benjamin.barr@phoenix.gov
tanika.sherman@phoenix.gov
**OFFICE OF THE CITY ATTORNEY**
**JULIE M. KRIEGH, CITY ATTORNEY**
law.civil.minute.entries@phoenix.gov
200 W Washington, Ste. 1300
Phoenix, AZ 85003-1611
(602) 262-6761
*Attorneys for Defendants*


 /s/ Ben Dangerfield

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix., AZ 85014
480.999.4556

3