MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014-2555
480.999.4556

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Gary Steiner, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> City of Phoenix, a governmental entity; Michael Jones, an individual; Lane White, an individual; Sergeant Lutz #09410, an individual, and; John and Jane Does I-X, <br><br> Defendants. | No.: CV-26-00280-PHX-SHD (JZB) <br><br> **[PROPOSED] ORDER EXTENDING TIME TO FILE RESPONSE TO MOTION TO DISMISS** <br><br> (Assigned to the Honorable Sharad H. Desai and referred to the Honorable John Z. Boyle) |

THE COURT, having reviewed the parties' "Stipulation for Extension of Time to File Response to Motion to Dismiss (Second Request)" (the "Stipulation"), and good cause appearing, therefore:

**IT IS ORDERED** granting the Stipulation.

**IT IS FURTHER ORDERED** that Plaintiff shall have until no later than May 4, 2026 to file his Response to Defendants' Motion to Dismiss.