**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Gary Steiner, | No. CV-26-00280-PHX-SHD (JZB) |
| Plaintiff, | **ORDER** |
| v. | |
| City of Phoenix, et al., | |
| Defendants. | |

Pending before the Court is the parties' second "Stipulation for Extension of Time to File Response to Motion to Dismiss." (Doc. 13.) Good cause appearing, the Court shall grant the Stipulation.

Accordingly,

**IT IS ORDERED** that the parties' second Stipulation for Extension of Time to File Response to Motion to Dismiss (doc. 13) is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff shall file a response to Defendants' Motion to Dismiss on or before **MAY 4, 2026**.

Dated this 22nd day of April, 2026.

Honorable John Z. Boyle
United States Magistrate Judge