OFFICE OF THE CITY ATTORNEY
JULIE M. KRIEGH, City Attorney State Bar No. 021175
200 West Washington, Suite 1300
Phoenix, Arizona 85003-1611
Telephone (602) 262-6761
law.civil.minute.entries@phoenix.gov

Casey Martin Bar No. 031886
Assistant City Attorney
Benjamin J. Barr Bar No. 040376
Assistant City Attorney
*Attorneys for Defendants*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gary Steiner, an individual,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>City of Phoenix, a governmental entity; Michael Jones, an individual; Lane White, an individual; Sergeant Lutz #09410, an individual, and John and Jane Does I-X,<br><br>　　　　　Defendants. | **Case No.** 2:26-cv-00280-SHD-JZB<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO FILE A REPLY TO PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**<br><br>(First Request)<br><br>(*Assigned to the Honorable Sharad H. Desai and referred to the Honorable John Z. Boyle*) |

The Parties, by and through their undersigned counsel, and pursuant to Rule 7.3 of the Local Rules of Civil Procedure, hereby stipulate, agree, and respectfully move to extend the time for Defendants to file a reply to Plaintiff's Response in Opposition to Defendants' motion to Dismiss to May 18, 2026.  This stipulation is made in good faith and not for purposes of undue delay.  No previous extensions of this deadline have been requested.

RESPECTFULLY SUBMITTED this 11th day of May, 2026.

1

OFFICE OF THE CITY ATTORNEY
200 W. Washington Street, Suite 1300
Phoenix, Arizona 85003-1611
(602) 262-6761

JULIE M. KRIEGH, City Attorney

By _s/ Casey W. Martin_
    Casey W. Martin
    Benjamin J. Barr
    Assistant City Attorney
    *Attorneys for Defendants*

MILLS + WOODS LAW, PLLC

By s/ *Sean A. Woods (with permission)*
    Sean A. Woods
    *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing was sent by email to the following, who is a participant of the CM/ECF System:

MILLS + WOODS LAW, PLLC
Sean A. Woods
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiff*

By: _/ s/ Cristina I. Anzar_
4897-7128-4394, v. 1

2