OFFICE OF THE CITY ATTORNEY
BILL C. SOLOMON, Interim City Attorney, Bar No.036412
200 West Washington, Suite 1300
Phoenix, Arizona 85003-1611
Telephone (602) 262-6761
law.civil.minute.entries@phoenix.gov

Casey Martin Bar No. 031886
Assistant City Attorney
Benjamin J. Barr Bar No. 040376
Assistant City Attorney
*Attorneys for Defendants City of Phoenix, Michael Jones, Lane White, and Sergeant Lutz*

OFFICE OF THE CITY ATTORNEY
200 W. Washington Street, Suite 1300
Phoenix, Arizona 85003-1611
(602) 262-6761

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Gary Steiner, an individual,<br><br>Plaintiff,<br><br>v.<br><br>City of Phoenix, a governmental entity; Michael Jones, an individual; Lane White, an individual; Sergeant Lutz #09410, an individual, and John and Jane Does I-X,<br><br>Defendants. | **Case No.** 2:26-cv-00280-SHD-JZB<br><br>**DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT** |

Defendants, Phoenix Police Officers Michael Jones, Lane White, and Sergeant Lutz ("Defendant Officers" or "Phoenix Defendants") and the City of Phoenix ("Defendant City" or "the City") (collectively "Defendants") for its Answer to Plaintiff's Complaint hereby deny, admit, and affirmatively assert as follows:

///

OFFICE OF THE CITY ATTORNEY
200 W. Washington Street, Suite 1300
Phoenix, Arizona 85003-1611
(602) 262-6761

## JURISDICTION AND VENUE

1. In response to paragraph 1 of Plaintiff's Complaint, Defendants admit only that Plaintiff appears to purport to bring claims pursuant to 42 U.S.C. § 1983 and related laws. Defendants deny all remaining allegations, including any assertion of wrongdoing, liability, or violation of Plaintiff's constitutional rights.

2. In response to paragraph 2 of Plaintiff's Complaint, Defendants admit only that Plaintiff appears to purport exceeding the minimal jurisdictional limits of this Court. Defendants otherwise deny all remaining allegations.

3. Defendants admit the allegations in paragraph 3 of Plaintiff's Complaint.

4. In response to paragraph 4 of Plaintiff's Complaint, Defendants admit that Plaintiff purports to invoke the Court's jurisdiction. Defendants otherwise deny all remaining allegations.

5. Defendants admit the allegations in paragraph 5 of Plaintiff's Complaint.

## PARTIES

6. Defendants are without sufficient information and knowledge to admit or deny the allegations set forth in paragraph 6 of Plaintiff's Complaint and, therefore, deny the same and demand strict proof thereof.

7. Defendants admit the allegations in paragraph 7 of Plaintiff's Complaint.

8. Defendants admit the allegations in paragraph 8 of Plaintiff's Complaint.

OFFICE OF THE CITY ATTORNEY
200 W. Washington Street, Suite 1300
Phoenix, Arizona 85003-1611
(602) 262-6761

9. Defendants admit the allegations in paragraph 9 of Plaintiff's Complaint.

10. Defendants admit the allegations in paragraph 10 of Plaintiff's Complaint.

11. Defendants deny the allegations in paragraph 11 of Plaintiff's Complaint.

12. The allegations set forth in paragraph 12 of Plaintiff's Complaint constitute broad and incomplete legal conclusions to which no response is required. To the extent a response is required, Defendants admit that at the time of the incident, Defendants were acting within the scope of their employment. Defendants deny all remaining allegations, including any assertion of wrongdoing, liability, or violation of Plaintiff's constitutional rights.

13. Defendants admit the allegations in paragraph 13 of Plaintiff's Complaint.

14. Defendants deny the allegations in paragraph 14 of Plaintiff's Complaint.

15. Defendants deny the allegations in paragraph 15 of Plaintiff's Complaint.

16. Defendants deny the allegations in paragraph 16 of Plaintiff's Complaint.

## **FACTUAL ALLEGATIONS**

17. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 17 of Plaintiff's Complaint, and therefore deny them.

18. Defendants admit that on September 30, 2024, Plaintiff was physically present at City of Phoenix City Hall. Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 18 of Plaintiff's Complaint, and therefore deny them.

19. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 19 of Plaintiff's Complaint, and therefore deny them.

20. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 20 of Plaintiff's Complaint, and therefore deny them.

21. Defendants admit the allegations in paragraph 21 of Plaintiff's Complaint.

22. Defendants deny the allegations in paragraph 22 of Plaintiff's Complaint.

23. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 23 of Plaintiff's Complaint, and therefore deny them.

24. Defendants deny the allegations in paragraph 24 of Plaintiff's Complaint.

25. Defendants deny the allegations in paragraph 25 of Plaintiff's Complaint.

26. Defendants deny the allegations in paragraph 26 of Plaintiff's Complaint.

OFFICE OF THE CITY ATTORNEY
200 W. Washington Street, Suite 1300
Phoenix, Arizona 85003-1611
(602) 262-6761

OFFICE OF THE CITY ATTORNEY
200 W. Washington Street, Suite 1300
Phoenix, Arizona 85003-1611
(602) 262-6761

27. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 27 of Plaintiff's Complaint, and therefore deny them.

28. Defendants deny the allegations in paragraph 28 of Plaintiff's Complaint.

29. Defendants deny the allegations in paragraph 29 of Plaintiff's Complaint.

30. Defendants deny the allegations in paragraph 30 of Plaintiff's Complaint.

31. Defendants admit the allegations in paragraph 31 of Plaintiff's Complaint.

32. Defendants deny the allegations in paragraph 32 of Plaintiff's Complaint.

33. Defendants deny the allegations in paragraph 33 of Plaintiff's Complaint.

34. Defendants admit the allegations in paragraph 34 of Plaintiff's Complaint.

35. Defendants admit the allegations in paragraph 35 of Plaintiff's Complaint.

36. Defendants admit the allegations in paragraph 36 of Plaintiff's Complaint.

37. Defendants admit the allegations in paragraph 37 of Plaintiff's Complaint.

38. Defendants admit the allegations in paragraph 38 of Plaintiff's Complaint.

39. Defendants deny the allegations in paragraph 39 of Plaintiff's Complaint.

40. Defendants admit the allegations in paragraph 40 of Plaintiff's Complaint.

41. Defendants admit the allegations in paragraph 41 of Plaintiff's Complaint.

42. Defendants admit the allegations in paragraph 42 of Plaintiff's Complaint.

43. Defendants admit the allegations in paragraph 43 of Plaintiff's Complaint.

44. Defendants deny the allegations in paragraph 44 of Plaintiff's Complaint.

45. Defendants deny the allegations in paragraph 45 of Plaintiff's Complaint.

46. Defendants admit the allegations in paragraph 46 of Plaintiff's Complaint.

47. Defendants admit the allegations in paragraph 47 of Plaintiff's Complaint.

48. Defendants admit the allegations in paragraph 48 of Plaintiff's Complaint.

49. Defendants deny the allegations in paragraph 49 of Plaintiff's Complaint.

OFFICE OF THE CITY ATTORNEY
200 W. Washington Street, Suite 1300
Phoenix, Arizona 85003-1611
(602) 262-6761

OFFICE OF THE CITY ATTORNEY
200 W. Washington Street, Suite 1300
Phoenix, Arizona 85003-1611
(602) 262-6761

50. Defendants deny the allegations in paragraph 50 of Plaintiff's Complaint.

51. Defendants admit the allegations in paragraph 51 of Plaintiff's Complaint.

52. Defendants admit the allegations in paragraph 52 of Plaintiff's Complaint.

53. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 53 of Plaintiff's Complaint, and therefore deny them.

54. Defendants admit the allegations in paragraph 54 of Plaintiff's Complaint.

## COUNT I

## ILLEGAL SEARCH AND SEIZURE IN VIOLATION OF THE FOURTH AND FOURTEENTH AMENDMENTS AND 42 U.S.C. § 1983

(*Phoenix Defendants*)

55. Defendants incorporate their responses to the preceding allegations as though fully set forth herein.

56. In response to paragraph 56 of Plaintiff's Complaint, Phoenix Defendants admit only that Plaintiff appears to purport to bring claims pursuant to 42 U.S.C. § 1983 and related laws. Phoenix Defendants further admit that at the time of the incident giving rise to this lawsuit they were acting under color of state law. Phoenix Defendants deny all remaining allegations, including any assertion of wrongdoing, liability, or violation of Plaintiff's constitutional rights. Defendant City makes no answer as Count One as it is not directed towards it.

57. Phoenix Defendants deny the allegations in paragraph 57 of Plaintiff's Complaint. Defendant City makes no answer as Count One as it is not directed towards it.

58. Phoenix Defendants deny the allegations in paragraph 58 of Plaintiff's Complaint. Defendant City makes no answer as Count One as it is not directed towards it.

59. Phoenix Defendants deny the allegations in paragraph 59 of Plaintiff's Complaint. Defendant City makes no answer as Count One as it is not directed towards it.

60. Phoenix Defendants deny the allegations in paragraph 60 of Plaintiff's Complaint. Defendant City makes no answer as Count One as it is not directed towards it.

61. Phoenix Defendants deny the allegations in paragraph 61 of Plaintiff's Complaint. Defendant City makes no answer as Count One as it is not directed towards it.

62. Phoenix Defendants deny the allegations in paragraph 62 of Plaintiff's Complaint. Defendant City makes no answer as Count One as it is not directed towards it.

63. Phoenix Defendants deny the allegations in paragraph 63 of Plaintiff's Complaint. Defendant City makes no answer as Count One as it is not directed towards it.

**COUNT II**

**FALSE ARREST/IMPRISONMENT IN VIOALTION OF THE FOURTH AND FOURTEENTH AMENDMENTS AND 42 U.S.C. § 1983**

OFFICE OF THE CITY ATTORNEY
200 W. Washington Street, Suite 1300
Phoenix, Arizona 85003-1611
(602) 262-6761

OFFICE OF THE CITY ATTORNEY
200 W. Washington Street, Suite 1300
Phoenix, Arizona 85003-1611
(602) 262-6761

(*Phoenix Defendants*)

64. Defendants incorporate their responses to the preceding allegations as though fully set forth herein.

65. In response to paragraph 65 of Plaintiff's Complaint, Phoenix Defendants admit only that Plaintiff appears to purport to bring claims pursuant to 42 U.S.C. § 1983 and related laws. Phoenix Defendants deny all remaining allegations, including any assertion of wrongdoing, liability, or violation of Plaintiff's constitutional rights. Defendant City makes no answer as Count Two as it is not directed towards it.

66. Phoenix Defendants deny the allegations in paragraph 66 of Plaintiff's Complaint. Defendant City makes no answer as Count Two as it is not directed towards it.

67. Phoenix Defendants deny the allegations in paragraph 67 of Plaintiff's Complaint. Defendant City makes no answer as Count Two as it is not directed towards it.

68. Phoenix Defendants deny the allegations in paragraph 68 of Plaintiff's Complaint. Defendant City makes no answer as Count Two as it is not directed towards it.

69. Phoenix Defendants deny the allegations in paragraph 69 of Plaintiff's Complaint. Defendant City makes no answer as Count Two as it is not directed towards it.

70. Phoenix Defendants deny the allegations in paragraph 70 of Plaintiff's Complaint. Defendant City makes no answer as Count Two as it is not directed towards it.

71. Phoenix Defendants deny the allegations in paragraph 71 of Plaintiff's Complaint. Defendant City makes no answer as Count Two as it is not directed towards it.

72. Phoenix Defendants deny the allegations in paragraph 72 of Plaintiff's Complaint. Defendant City makes no answer as Count Two as it is not directed towards it.

73. Phoenix Defendants deny the allegations in paragraph 73 of Plaintiff's Complaint. Defendant City makes no answer as Count Two as it is not directed towards it.

**COUNT III**

**NEGLIGENCE AND GROSS NEGLIGENCE**

(*All Defendants*)

74. Defendants incorporate their responses to the preceding allegations as though fully set forth herein.

75. In response to paragraph 75 of Plaintiff's Complaint, Defendants admit only that Plaintiff appears to purport the elements of actionable negligence. Defendants deny all remaining allegations, including any assertion of wrongdoing, liability, or violation of Plaintiff's constitutional rights.

76. In response to paragraph 76 of Plaintiff's Complaint, Defendants admit only that Plaintiff appears to purport the elements of actionable negligence. Defendants deny all remaining allegations, including any assertion of wrongdoing, liability, or violation of Plaintiff's constitutional rights.

77. Defendants deny the allegations in paragraph 77 of Plaintiff's Complaint.

OFFICE OF THE CITY ATTORNEY
200 W. Washington Street, Suite 1300
Phoenix, Arizona 85003-1611
(602) 262-6761

OFFICE OF THE CITY ATTORNEY
200 W. Washington Street, Suite 1300
Phoenix, Arizona 85003-1611
(602) 262-6761

78. Defendants deny the allegations in paragraph 78 of Plaintiff's Complaint.

79. Defendants deny the allegations in paragraph 79 of Plaintiff's Complaint.

80. Defendants deny the allegations in paragraph 80 of Plaintiff's Complaint.

81. Defendants deny the allegations in paragraph 81 of Plaintiff's Complaint.

82. Defendants deny the allegations in paragraph 82 of Plaintiff's Complaint.

83. Defendants deny the allegations in paragraph 83 of Plaintiff's Complaint.

84. Defendants deny the allegations in paragraph 84 of Plaintiff's Complaint.

85. Defendants deny the allegations in paragraph 85 of Plaintiff's Complaint.

86. Defendants deny the allegations in paragraph 86 of Plaintiff's Complaint.

87. Defendants deny the allegations in paragraph 87 of Plaintiff's Complaint.

**COUNT IV**

**INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS**

(*Phoenix Defendants, City [vicarious liability]*)

OFFICE OF THE CITY ATTORNEY
200 W. Washington Street, Suite 1300
Phoenix, Arizona 85003-1611
(602) 262-6761

88. Defendants incorporate their responses to the preceding allegations as though fully set forth herein.

89. In response to paragraph 88 of Plaintiff's Complaint, Defendants admit only that Plaintiff appears to purport the elements of intentional infliction of emotional distress. Defendants deny all remaining allegations, including any assertion of wrongdoing, liability, or violation of Plaintiff's constitutional rights.

90. Defendants deny the allegations in paragraph 90 of Plaintiff's Complaint.

91. Defendants deny the allegations in paragraph 91 of Plaintiff's Complaint.

92. Defendants deny the allegations in paragraph 92 of Plaintiff's Complaint.

**COUNT V**

**BATTERY**

(*Phoenix Defendants*)

93. Defendants incorporate their responses to the preceding allegations as though fully set forth herein.

94. Phoenix Defendants deny the allegations in paragraph 94 of Plaintiff's Complaint. Defendant City makes no answer as Count Five as it is not directed towards it.

95. Phoenix Defendants deny the allegations in paragraph 95 of Plaintiff's Complaint. Defendant City makes no answer as Count Five as it is not directed towards it.

96. Phoenix Defendants deny the allegations in paragraph 96 of Plaintiff's Complaint. Defendant City makes no answer as Count Five as it is not directed towards it.

97. Phoenix Defendants deny the allegations in paragraph 97 of Plaintiff's Complaint. Defendant City makes no answer as Count Five as it is not directed towards it.

98. Phoenix Defendants deny the allegations in paragraph 98 of Plaintiff's Complaint. Defendant City makes no answer as Count Five as it is not directed towards it.

**COUNT VI**

**MALICIOUS PROSECUTION**

(*All Defendants*)

99. Defendants incorporate their responses to the preceding allegations as though fully set forth herein.

100. Defendants deny the allegations in paragraph 100 of Plaintiff's Complaint.

101. Defendant deny the allegations in paragraph 101 of Plaintiff's Complaint.

102. Defendants deny the allegations in paragraph 102 of Plaintiff's Complaint.

103. Defendants deny the allegations in paragraph 103 of Plaintiff's Complaint.

104. Defendants deny the allegations in paragraph 104 of Plaintiff's Complaint.

OFFICE OF THE CITY ATTORNEY
200 W. Washington Street, Suite 1300
Phoenix, Arizona 85003-1611
(602) 262-6761

OFFICE OF THE CITY ATTORNEY
200 W. Washington Street, Suite 1300
Phoenix, Arizona 85003-1611
(602) 262-6761

105. Defendants deny the allegations in paragraph 105 of Plaintiff's Complaint.

106. Defendants deny the allegations in paragraph 106 of Plaintiff's Complaint.

107. Defendants deny the allegations in paragraph 107 of Plaintiff's Complaint.

108. Defendants deny the allegations in paragraph 108 of Plaintiff's Complaint.

109. Defendants deny the allegations in paragraph 109 of Plaintiff's Complaint.

110. Defendants admit the allegations in paragraph 110 of Plaintiff's Complaint.

## **JURY TRIAL DEMAND**

1. Pursuant to Rule 38, Fed. R. Civ. P., Defendants demand a trial by jury.

2. Defendants deny each and every allegation set forth in Plaintiff's Complaint not expressly admitted herein.

## **AFFIRMATIVE DEFENSES**

1. Defendants assert that Plaintiff's Complaint fails to state a claim upon which relief can be granted.

2. Defendants assert that the actions of Defendant Officers were objectively reasonable under the circumstances.

OFFICE OF THE CITY ATTORNEY
200 W. Washington Street, Suite 1300
Phoenix, Arizona 85003-1611
(602) 262-6761

3. Defendants assert that the actions and/or inactions of Defendant Officers did not violate Plaintiff's clearly established constitutional rights.

4. Defendants assert that Defendant Officers were acting under legal process, with good, sufficient, reasonable suspicion, and probable cause to be so acting, and that their actions were in good faith and without malice.

5. Defendants assert that Defendant Officers acted at all times in good faith and did not knowingly violate any clearly established constitutional rights of Plaintiff and, therefore, are entitled to qualified immunity under federal law.

6. Defendants assert that any actions or inactions alleged on Defendant Officers' part, were not the proximate cause of any injuries, losses or damages to Plaintiff.

7. Defendants assert that Plaintiff did not suffer any actual injury as a result of any of their actions.

8. Defendants assert that Plaintiff cannot prove any economic losses or damages.

9. Defendants assert that Plaintiff's injuries were caused in whole or in part by her own conduct.

10. Defendants assert that Plaintiff assumed the risk of injury by intentionally violating criminal laws and knowingly jeopardizing his safety and well-being.

11. Plaintiff's resistance and non-compliance were not justified and any injuries sustained by Plaintiff were caused by her own unlawful and unjustified actions.

OFFICE OF THE CITY ATTORNEY
200 W. Washington Street, Suite 1300
Phoenix, Arizona 85003-1611
(602) 262-6761

12. Defendants assert that other affirmative defenses may come to light as discovery progresses. Accordingly, Defendants affirmatively allege those affirmative defenses contained in Rules 8(c) and 12(b) of the Federal Rules of Civil Procedure.

13. Numerous defenses, both affirmative and otherwise, may arise as a result of discovery. Therefore, pursuant to the Arizona Rules of Civil Procedure, Defendant reserves all defenses enumerated in Rules 8 and 12, and expressly asserts the following: failure to comply with A.R.S. § 12-821.01; failure to state a claim upon which relief can be granted; lack of causation; lack of damages; failure to mitigate damages; assumption of the risk; qualified immunity, release/settlement/waiver, res judicata, collateral estoppel, and comparative/contributory negligence of Plaintiffs and non-parties.

14. Defendants reserve their right to amend their Answer based on the discovery of other affirmative defenses through formal discovery in this matter.

**WHEREFORE** having fully ANSWERED Plaintiff's Complaint, Defendants request the following relief:

1. That Plaintiff's Complaint be dismissed, and that Plaintiff take nothing thereby;

2. For Defendants' attorney's fees, pursuant to 42 U.S.C. § 1988;

3. For Defendants' costs of suit; and

4. For such other and further relief as the Court deems just and proper.

RESPECTFULLY SUBMITTED this 17th day of November, 2026.

OFFICE OF THE CITY ATTORNEY
200 W. Washington Street, Suite 1300
Phoenix, Arizona 85003-1611
(602) 262-6761

BILL C. SOLOMON, Interim City Attorney

By: */s/ Casey W. Martin*
Casey W. Martin
Assistant City Attorney
Benjamin J. Barr
Assistant City Attorney
*Attorneys for Defendants City of Phoenix, Michael Jones, Lane White, and Sergeant Lutz*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 17, 2026 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing sent by email to the following, who is a participant of the CM/ECF System:

MILLS + WOODS LAW, PLLC
Sean A. Woods
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiff*

By: */s/ Taylor P Holt*